# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| THOMAS FISHER<br>*Plaintiff*<br>v.<br>UNITED STATES OF AMERICA<br>*Defendant* | Civil Action No. 213CV47 arising from 205cr83 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of the petitioner, Thomas Fisher. Fisher's sentence is CORRECTED to reflect a sentence of 110 months on each of Counts One and Two, to be served concurrently.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rudy Lozano on a motion to Correct Sentence pursuant to 28 U.S.C. 2255.

Date: 2/14/2013

*CLERK OF COURT*

/s/ K Pastrick

*Signature of Clerk or Deputy Clerk*